UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE +
+ Case No. 20-03343-DSC7
India Kai Williams +
    Debtor +

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Contour Buckingham LLC, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Ronald A. Davidson
1030 – 26th St, S., Suite A
Birmingham, AL 35205

Andre' M Toffel, Trustee
450A Century Park South
Birmingham, AL 35226

/s/ Larry Darby
Larry E. Darby